a sale was effected they would give half of the commission to the attorney, and this was never revealed, so far as appears, to the defendant. The agreement of Knowles and the plaintiff to give the attorney half of the commission was a corrupt agreement, necessarily intended in law to seduce him from his duty to the defendant, and no agreement which they made with him under such a condition would bind the defendant. The defendant had already told the plaintiff that his lowest price was $2,000, and yet he got the price of $1,900 from the attorney. Proof of such corrupt agreement was proof that the plaintiff was not acting in the interest of the defendant, but in that of the buyer.

The judgment should be reversed.

WOODWARD, J., concurs.

MORGAN, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Charles E. Morgan against William P. Collins. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

MORRIS, Appellant, v. MORRIS, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Margaret Morris against Wilson C. Morris. G. W. Olvany, for appellant. D. C. Myers, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MORRISON, Appellant, v. DEEVES et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by John Morrison against John H. Deeves and Richard H. Deeves.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., and WOODWARD, J., dissent.

MORROW, v. McMAHON et al. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Samuel H. Morrow against Mary McMahon and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

MOSS v. BLANCHARD. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Alexander Moss against John O. Blanchard. No opinion. Motion denied. Leave given to respondent to move below for correction of record. Order filed.

In re MOWRY. (Supreme Court, Appellate Division, First Department. June 20, 1906.) In the matter of Albert L. Mowry, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

MULLER, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Helen S. Muller, as administratrix, etc., of William Muller, deceased, against the city of New York and the Ocean Electric Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

MULLER et al., Respondents, v. CITY OF PHILADELPHIA et al., Appellants. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by Charles F. Muller and others against the city of Philadelphia and others. No opinion. Motion denied, with $10 costs. Order filed.

MULLER, Respondent, v. OAKES MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Gertrude Muller, as administratrix, etc., of Henry Muller, deceased, against the Oakes Manufacturing Company. No opinion. Motion denied.

MULLER, Respondent, v. UNION RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Conrad Muller, Jr., against the Union Railway Company of New York City. No opinion. Motion to open default granted, and motion set down for hearing on June 18, 1906, at 1 o'clock p. m.

MURPHY, Appellant, v. DREW, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by James H. Murphy, an infant, by John P. Murphy, his guardian ad litem, against Emanuel Drew. No opinion. Motion denied.

MURPHY, Respondent, v. WAIT, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Bridget Murphy against William F. Wait.

PER CURIAM. Order affirmed, with costs.

WILLIAMS, J., not voting.

MURRAY, Respondent, v. SETON, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Mary Murray, administratrix, etc., of Peter Murray, deceased, against John Seton.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

JENKS and MILLER, JJ., dissent, because the papers do not show any grounds for the granting of a new trial upon newly discovered evidence.

NACHOD et al., Respondents, v. PERRY KNITTING CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by Friederich Nachod and others against the Perry Knitting Company.

PER CURIAM. Order modified, so as to limit the examination of the witnesses named in said order solely to the delivery to the defendant and receipt by it from the James Freeman Brown Company of the goods and merchandise mentioned in the complaint in this action, and to require the production on said examination of only such books and papers as bear upon the question as to which such examination is hereby